UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

SEP 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: Reshma Kamath, Esquire, Admitted to the Bar of the Ninth Circuit: November 22, 2023,

Respondent.

No. 24-5852

ORDER

The court has been informed that Reshma Kamath has been disbarred from the practice of law by the United States District Court for the Northern District of California. Within 28 days of this order, respondent must either resign from the bar of this court or show cause in writing why respondent should not be reciprocally disbarred. *See In re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002); Fed. R. App. P. 46(b); 9th Cir. R. 46-2. If the court does not receive a timely response to this order, respondent will be removed from the roll of attorneys admitted to practice in this court without further notice.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT