

**SEPTEMBER 29, 2024**

**RESHMA KAMATH, CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120 #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |
Counsel

    **RE: RESHMA KAMATH'S PRECUSOR TO "REPLY" IN TWENTY-EIGHT DAYS TO NINTH CIRCUIT COURT OF APPEALS**

*Prior to writing any kind of reply to the Ninth Circuit's racist case number opening and equally racist order threatening "disbarment", I'd like to say I was fully and completely prepared for this racist shit.*

*It is shocking how deep, far and wide SYSTEMIC RACISM is institutionalized in the law.*

*We have all read multitude of books and that is why I CHALLENGED IT OPENLY.*

*I am VERY HAPPY and PROUD of my DECISION.*

*None of this is unexpected. I had even told some close ones more than a year ago that this will be last year of practice – mostly because I COULDN'T DEAL WITH AMERICAN RACISM IN THE COURTS.*

*And even as I embarked onto becoming a lawyer, remember, I always have a PLAN B. You can NEVER PULL THE RUG FROM UNDERNEATH ME and ensure that I fall, because I NEVER WILL.*

Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
(650)-257-0719; reshmakamath2021@gmail.com

1

*DEFINITELY NOT TO RACISM AND MISOGYNY.*

*A good client smartly wrote about me "BEST IN THE WEST".*

*I know RACIST MARY MURGUIA'S COMPETITIVE JEALOUSY knows no bounds.*

*It is pretty clear COMPETITIVE JEALOUSY OF JUDGES WILLIAM ALSUP, JAMES DONATO, THOMAS HIXSON, YVONNE GONZALEZ, SUSAN VAN KALEN, JACQUELINE CORLEY AND REST OF THE RACIST GANG AT THE CAND, has taken over.*

*Further, RACIST MARY MURGUIA's "has been informed" from some White lawyers at the NINTH CIRCUIT COURT OF APPEALS THAT I RESHMA KAMATH took the courtesy of informing the Ninth Circuit. None of the Donatos, Alsups, Hixons, and Gonzalezs' of the lower court did so. I have seen this competitive racism as a kid when I was at the top and the best, and now seeing it again from some old farts jealous of a a budding and upcoming lawyer..*

*RACIST, RACIST, RACIST. MISOGYNISTIC, MISOGYNISTIC, MISOGYNISTIC. Don't you even feel embarrassed to be racist and misogynistic that openly?*

*RACIST AND MISOGYNISTIC MARY MURUGUIA AND THE REST OF THE RACIST MISOGYNISTIC GANG –*

*MAKING AMERICA WORSE AGAIN.*

Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
(650)-257-0719; reshmakamath2021@gmail.com

2

*You can see Mary Murguia doesn't even know the law citing some White case that is not even applicable in the Ninth Circuit Court of Appeals. WOW RACISM, MISOGYNY, AND LAWLESSNESS. Childhood norms from her country brought into the United States now.*

*I declare under the penalty of perjury under the laws of the State of California and that of the United States of America that the foregoing statements are true and correct.*

*Sincerely,*

*Reshma Kamath*

***RESHMA KAMATH***

*Counsel*