

*Via ACMS filing only*
**OCTOBER 23, 2024**

**RESHMA KAMATH, CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
*Appeal Counsel*

    **RE: CONTINUANCE REQUEST TO SUBMIT REPLY.**

    *Reshma Kamath doesn't have time this week or next to deal with the tantrums of the Ninth Circuit, particularly, Mary H. Muruguia's ego and power trip with that of her racist staff.*

    *Reshma Kamath requests a two-week extension after the 28th day that the Ninth Circuit has arbitrarily set to reply to the Ninth Circuit's threats. Besides having the most important religious and cultural festival of the year, Diwali, counsel also have a plethora of other impending work for her clients to prioritize.*

    *Reshma Kamath urges the Ninth Circuit and Mary H. Murguia to INVESTIGATE the racism and misogyny that exists within the Ninth Circuit and the California Northern District during this continuance request. Reshma Kamath is a 100% sure this will greatly assist the legal profession for the present and future generations from the mess/chaos of bias, prejudice and partiality that has governed the Courts thus far.*

    *Since the Ninth Circuit and Mary H. Murguia are shirking from their responsibilities, and are acting as abusive tyrants, the model of American democracy is at the verge of great deterioration.*

    *Hence, as a caution, it is imperative for the Courts to pay heed to this from incoming counsel.*

    Sincerely,

*Reshma Kamath*

    **RESHMA KAMATH,** *Appeal Counsel*