

*Via ACMS filing only*
**November 07, 2024**

**RESHMA KAMATH, CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
*Appeal Counsel*

    **RE:   FURTHER CONTINUANCE REQUEST TO SUBMIT REPLY.**

    *Reshma Kamath is submitting a request for further continuance based on the fact that Reshma Kamath has had a medical emergency and is extremely sick to submit a coherent reply. A true and correct copy of the medical diagnosis and medicines prescribed for the diarrhea and vomitting are attached in EXHIBIT A and incorporated via reference herein. Reshma Kamath requests a ten-day continuance to hopefully resolve all health issues and draft an opposition to the Ninth Circuit's biased orders.*

    *Sincerely,*

*Reshma Kamath*

    ***RESHMA KAMATH**, Appeal Counsel*

# EXHIBIT A



**Aravali Hospital**
332, Ambamata Scheme, Udaipur - 313 004
T: 91 294 2430222, 2431222
email: aravalihospital@yahoo.com



LK-37

From the desk of Dr. _Ama_  Date: 7/11/24
Patient Name: Ms. Rechma  Age: 39y  Sex: F  UHID No. ____

C/o: Nausea, Vomity, Pain abdomen 1-2 day, No H/o fever

Past Medical History / Drug Allergy — No

Clinical Findings (O/E)
BP 120/70  P 84/m (AF)  T __  RESP __

Investigation Advised

Diagnosis / Provisional: ____

**Rx (Plan of Treatment)**
- Inj. ONDEM 2mc (IV) stat
- Cap HAPPI-D 100 BD ⎫
- Cap HAPPI BIOTIC 10D ⎭ × 5d
- Tab. MYOCRAMP-S 1 tab × 3d
- Tab. RZOOL 1 stat
- Tab ZOFER MD 1 SOS
- ORS as advised
- Diet & health as advised
- Review after 24 hrs / SOS

For Pediatric Patient Only:
Immunization Status: Complete ☐ In Progress ☐ Skipped ☐
Nutritional Status: Undernourished / Normal / Over Nourished / Obesity

Helpline: 9352 108 108
www.aravalihospital.in

---



**Aravali Hospital**
332, Ambamata Scheme, Udaipur - 313 004
T: 91 294 2430222, 2431222
email: aravalihospital@yahoo.com

**RECEIPT**

Dated 7/11/24

Received with thanks from Ms. Rechma a sum of One thousand five hundred only Indian rupees only against Consultation at hotel + Injection charges

Rs. 1500/- Only

(Signature)



Helpline: 9352 108 108
www.aravalihospital.in